UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jesse J. Jutz.

    Appellant,

    vs.

Paul W. Bucher. Trustee,

    Appellee

No. 0:05-cv-02092-MJD

**ORDER**

Based on the stipulation of the parties to this bankruptcy appeal, the appeal is dismissed with prejudice and without costs to any party.

So ordered this 12th day of April, 2006

s / Michael J. Davis
Hon. Michael J. Davis
United States District Judge